**In re PRINTLESS PREVIEWS.**

**Nos. 2011–1273, 90/007996, 90/009,092.**

United States Court of Appeals, Federal Circuit.

March 8, 2012.

John Jeffrey Eichmann, Dovel & Luner, LLP, of Santa Monica, CA, argued for appellant. With him on the brief was Gregory S. Dovel.

Benjamin D.M. Wood, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

LOURIE, LINN, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**